**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP**
  **926 J Street, Suite 414**
  **Sacramento, CA 95614**
  **Telephone: 916.492.0700**
  **Facsimile: 916.492.0800**

**Attorney for Defendant**
**CRAIG E. SWANSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR S-03-289  LKK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING |
| vs. | ) |
| | ) |
| CRAIG E. SWANSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

AMERICA, through its counsel of record, Daniel Linhardt, Assistant United States Attorney, and

defendant, CRAIG E. SWANSON, through his counsel of record, Joseph J. Wiseman, that the

sentencing hearing scheduled for April 19, 2005, at 9:30 a.m., be rescheduled to May 10, 2005,

at 9:30 a.m., in order to give the parties additional time to prepare for the hearing.

The parties further stipulate and agree that defendant's Sentencing Memorandum shall be

///

///

///

filed no later than May 1, 2005, and plaintiff's response thereto, if any, shall be filed no later than May 7, 2005.

Dated: April 15, 2005                    Respectfully submitted,

                                         WISEMAN LAW GROUP

                                         By:    /s/ Joseph J. Wiseman
                                              JOSEPH J. WISEMAN
                                              Attorney for Defendant
                                              CRAIG E. SWANSON

Dated: April 15, 2005                    McGREGOR W. SCOTT
                                         United States Attorney

                                         By:    /s/ Daniel Linhardt
                                              DANIEL LINHARDT, AUSA
                                              Attorney for Plaintiff
                                              UNITED STATES OF AMERICA

                                  **ORDER**

        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the

status conference in the above-captioned case be continued to May 10, 2005 at 9:30 a.m.

IT IS FURTHER ORDERED THAT the time from the date of this Order to May 10, 2005 be

excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule

T4.

Dated: April  18, 2005                   /s/ Lawrence K. Karlton
                                         LAWRENCE K. KARLTON
                                         UNITED STATES DISTRICT JUDGE

---