JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone: 530.759.0700
   Facsimile:  530.759.0800

Attorney for Defendant
CRAIG E. SWANSON



FILED

JUN 1 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S-03-289 LKK |
| Plaintiff, | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER |
| vs. | |
| CRAIG E. SWANSON, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, defendant's *ex parte* application for a 30-day extension of time to voluntarily surrender to the custody of the United States Bureau of Prisons is GRANTED. ACCORDINGLY, IT IS HEREBY ORDERED THAT defendant CRAIG E. SWANSON surrender himself to FCI Taft before 2:00 p.m. on July 14, 2005

DATED: June 9, 2005.

_____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE