UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

CRAIG E. SWANSON,

        Defendant.
_____/

NO. CR. S-03-289 LKK

O R D E R

    The court is in receipt of defendant's renewed application to stay his surrender date. Defendant presents no new arguments, once again restating those arguments considered and rejected by the court in its July 11th order. Accordingly, defendant's application to stay his surrender date is DENIED.

    Defendant is ORDERED to surrender himself to the institution designated by the Bureau of Prisons not later than 2:00 p.m. today. If no institution has been designated, he shall surrender to the United States Marshal for the Eastern District of California not later than 2:00 p.m. today.

1

1  Defendant is ADMONISHED that failure to self-surrender will
2 result in an additional term of incarceration to be served
3 consecutively (in addition to) and not concurrently with his
4 previously-imposed sentence.
5  IT IS SO ORDERED.
6  DATED: July 14, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT