UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-03-289 LKK

    Plaintiff,

  v.                       O R D E R

CRAIG E. SWANSON,

    Defendant.
                                     /

The court is in receipt of defendant's request for appointment of counsel.  As defendant has no pending direct appeal nor motion under 28 U.S.C. § 2255, the appointment of counsel is unnecessary and defendant's request is denied.

IT IS SO ORDERED.

DATED: August 26, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT