**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone: 530.759.0700**
   **Facsimile:  530.759.0800**

**Attorney for Defendant**
**CRAIG E. SWANSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-03-289  LKK |
| Plaintiff, ) | ORDER GRANTING DEFENDANT'S REQUEST FOR THE RETURN OF UNITED STATES PASSPORT |
| vs. ) | |
| CRAIG E. SWANSON, ) | |
| Defendant. ) | |

The defendant having served the conditions of confinement pursuant to the Judgment and Sentence entered in the above-captioned case, and for GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant CRAIG E. SWANSON'S United States passport be returned to him forthwith.

DATED: March 17, 2006.

                                        /s/ Lawrence K. Karlton

                                        HONORABLE LAWRENCE K. KARLTON
                                        SENIOR UNITED STATES DISTRICT JUDGE