JOSEPH J. WISEMAN, ESQ., CSBN 107403
WISEMAN LAW GROUP
   926 J Street, Suite 414
   Sacramento, CA 95614
   Telephone: 916.492.0700
   Facsimile: 916.492.0800

Attorney for Defendant
CRAIG E. SWANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR S-03-289  LKK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE HEARING ON MOTION TO |
| vs. | ) MODIFY RESTITUTION ORDER |
| | ) |
| CRAIG E. SWANSON, | ) DATE: February 13, 2007 |
| | ) TIME:  9:30 a.m. |
| Defendant. | ) CTRM: 4, Hon. Lawrence K. Karlton |
| | ) |
| _____ | ) |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Laura Ferris, Assistant United States Attorney, and defendant, CRAIG E. SWANSON, through his counsel of record, Joseph J. Wiseman, that the hearing on defendant's Motion to Modify Restitution Order, scheduled for February 6, 2007, at 9:30 a.m., be rescheduled to February 13, 2007, at 9:30 a.m., in order to give the parties additional time to prepare for the hearing.

Dated: January 23, 2007                    Respectfully submitted,

                                           JOSEPH J. WISEMAN, P.C.

                                           By:     /s/ Joseph J. Wiseman
                                                   JOSEPH J. WISEMAN
                                                   Attorney for Defendant
                                                   CRAIG E. SWANSON

---

Stipulation and Proposed Order to                    1                    Case No. CR S-03-289  LKK
Continue Hearing on Motion to Modify
Restitution Order

1 | Dated: January 23, 2007

LAURA FERRIS
United States Attorney


By:     /s/ Laura Ferris
        LAURA FERRIS, AUSA
        Attorney for Plaintiff
        UNITED STATES OF AMERICA


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing in the above-captioned case be continued to February 13, 2007, at 9:30 a.m.


Dated: January 23, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Proposed Order to
Continue Hearing on Motion to Modify
Restitution Order

2

Case No. CR S-03-289  LKK