**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone:   530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**CRAIG E. SWANSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-03-289  LKK |
|               Plaintiff, ) | **ORDER RE RESTITUTION ORDER** |
|   vs.                                       ) | DATE: February 6, 2007 |
| CRAIG E. SWANSON,            ) | TIME: 9:30 a.m. |
|               Defendant. ) | CTRM: 4, Hon. Lawrence K. Karlton |
| _____ ) | |

TO: McGREGGOR SCOTT, UNITED STATES ATTORNEY, AND TO THE ASSISTANT UNITED STATES ATTORNEY ASSISGNED TO THIS CASE:

     PLEASE TAKE NOTICE THAT on February 6, 2007, at 9:30 a.m., or as soon thereafter as the matter can be heard, in Courtroom 4 of the above-entitled court, defendant, CRAIG SWANSON ("SWANSON"), by and through undersigned counsel, will move, and hereby does move, for an order modifying the terms of restitution ordered in this case.

     SWANSON is making this motion on the ground that at sentencing, the court ordered all Medicare funds payable to SWANSON for professional medical services rendered that are being processed in the Department of Health and Human Services' Prepayment Review procedure and are currently suspended, be applied to the restitution ordered in this case.

/ / / / /

---

Notice of Motion and Motion to             1            Case No. CR S-03-289  LKK
Modify Restitution Order [Proposed Order]

In bringing this motion SWANSON is relying on this Notice of Motion, the transcripts of the sentencing hearing attached hereto as Exhibit A, the file and records in this case, and any evidence to be adduced at the hearing of this matter.

Dated: January 9, 2007          Respectfully submitted,

JOSEPH J. WISEMAN


By:     /s/ Joseph J. Wiseman
        JOSEPH J. WISEMAN

Attorney for Defendant
CRAIG E. SWANSON

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT all Medicare funds payable to defendant, CRAIG SWANSON, for professional medical services rendered that are being processed in the Department of Health and Human Services' Prepayment Review procedure and are currently suspended, be applied to the restitution ordered in this case, if said funds are released to the defendant.

Dated: February 13, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT